**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis SANTILLAN, Defendant–Appellant.**

**No. 14–50164.**

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 30, 2015.

Matthew Craig Brehm, Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jamal S. Muhammad, Federal Defenders of San Diego, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Luis Santillan appeals from the district court's judgment and challenges the 60–month sentence imposed following his guilty-plea conviction for importation of cocaine and methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Santillan contends that the district court erred by denying his request for a minor-role adjustment under U.S.S.G. § 3B1.2. We review for clear error the district court's factual determination that a defendant is not a minor participant. *See United States v. Hurtado,* 760 F.3d 1065, 1068 (9th Cir.2014), *cert. denied,* — U.S. —, 135 S.Ct. 1467, — L.Ed.2d — (2015). In light of the totality of the circumstances, including Santillan's transportation of a substantial amount of cocaine and methamphetamine, the district court did not clearly err in determining that Santillan was not entitled to the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n. 3(C); *Hurtado,* 760 F.3d at 1069.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

